NOT FOR PUBLICATION (Docket Nos. 19, 22)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| MICHELLE MASON and MARY ELLEN JORDAN, | |
| Plaintiffs, | Civil No. 08-2404 (RBK/AMD) |
| v. | **ORDER** |
| THERICS, INC. and TREDEGAR CORP., | |
| Defendants. | |

**THIS MATTER** having come before the Court upon two motions, one by Plaintiffs Michelle Mason and Mary Ellen Jordan ("Plaintiffs") for reconsideration of the Court's Orders issued on January 6, 2009 and January 21, 2009, and one by Defendant Tredegar Corporation ("Defendant") to strike Plaintiffs' reply brief in further support of their motion for reconsideration, and the Court having considered the party's papers; and for the reasons expressed in an Opinion issued today;

**IT IS HEREBY ORDERED** that Defendant's motion to strike Plaintiffs' reply brief is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiffs' motion for reconsideration is **DENIED**.

Dated: 1-12-2010

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge